IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNIVERSITY OF WISCONSIN
HOSPITAL AND CLINICS
AUTHORITY,

                Plaintiff,

v.

AETNA HEALTH AND LIFE
INSURANCE COMPANY, AETNA
HEALTH INSURANCE COMPANY
And AETNA, INC.,

                Defendants.

ORDER

14-cv-823-jdp

---

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered: June 26, 2015.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge